United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARCUS A. WILLIAMS, § <br> *Plaintiff,* § <br> § <br> V. § <br> § <br> MICKEY FRENCH, ET AL., § <br> *Defendants.* § | CIVIL ACTION NO. 4:23cv2593 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 20, 2023, (Dkt. 6) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims against Mickey French, Kevin Smith, Quo Carothers, Antonio Pittman, and Fred Milanowski are **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that **within 14 days of entry of this Order**, Plaintiff may file an Amended Complaint naming as Defendant the official head of the Agency or Department he claims discriminated against him. Plaintiff is reminded of his obligation to serve the Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**SIGNED** at Houston, Texas this 8th day of November, 2023.

Sim Lake
Senior United States District Judge