United States District Court
Southern District of Texas
**ENTERED**
August 09, 2024
Nathan Ochsner, Clerk

Patricia**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARCUS A. WILLIAMS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv2593 |
| MICKEY FRENCH, ET AL., *Defendants.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 17, 2024 (Dkt. 20) and Plaintiff's objections thereto (Dkt. 25), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction..

**SIGNED** at Houston, Texas this ___9th___ day of August, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE